IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOANN MCGILL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.   2:15-cv-22-TMP |
| PORTFOLIO RECOVERY ASSOCIATES LLC, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL

The plaintiff has filed a motion to dismiss with prejudice all claims against defendant Portfolio Recovery Associates LLC. (Doc. 9). The notice of voluntary dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I) is GRANTED, and any and all claims against defendant are DISMISSED WITH PREJUDICE, each party to bear his or its own costs.

DONE the 10th day of March, 2015.

T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE